UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOS KYRTSOS and
MARGARET KYRTSOS, individually
and on behalf of their minor children,
S.K., G.K., A.K. and N.K., and
ANGELA KYRTSOS,

        Plaintiffs,

v.                                  Case No. 10-cv-12295
                                        Paul D. Borman
                                        United States District Judge

LATONYA CASH-CALHOUN,
DANIELLE DYKENS, OFFICER
NICHOLAS SMISCIK, OFFICER
PAUL HART, OFFICER DAVID
ADAMS, all jointly and severally and
in their individual capacities,

        Defendants.

_____/

## <u>ORDER DENYING PLAINTIFFS' MOTION TO STAY TAXATION OF COSTS PENDING APPEAL (Dkt. No. 119)</u>

On March 23, 2012, this Court entered an Opinion and Order granting Defendants'

motions for summary judgment and dismissing this case. (Dkt. No. 103.) Plaintiffs subsequently

filed a timely appeal on April 19, 2012. (Dkt. No. 105.) On April 20 and 23, 2012, the Court

Clerk taxed costs in favor of Defendants, pursuant to Fed. R. Civ. P. 54(d)(1) and E.D. Mich. LR

54.1. Now before the Court is Plaintiffs' Motion for a Stay Pending Appeal With Respect to

Taxation of Costs, filed on April 27, 2012. (Dkt. No. 119.)

In keeping with the discretion granted by Fed. R. Civ. P. 54(d), and in the interest of

judicial economy to resolve all issues remaining before this United States District Court, the

1

Court will DENY Plaintiffs' Motion to Stay Taxation of Costs.

**SO ORDERED**

_____
PAUL D. BORMAN
UNITED STATES DISTRICT COURT JUDGE

Dated: _5 - 7 - 12_
　　　Detroit, Michigan

2